**3/18/2015**                                                            **COA No. 13-10-00273-CR**
**Aguilar, Samuel**              **Tr. Ct. No. 09-253**                   **PD-1379-14**

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

13TH COURT OF APPEALS CLERK
DORIAN RAMIREZ
901 LEOPARD
CORPUS CHRISTI, TX 78401
* DELIVERED VIA E-MAIL *